FILED
CLERK, U.S. DISTRICT COURT
FEB 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Simon Artonian DEFENDANT(S). | CASE NUMBER CR11-72-DDP ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _Feb 18, 2011_ , _____ , at _11:00_ ☑ a.m. / ☐ p.m. before the Honorable _Eick_ , in Courtroom _20_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _2/16/11_

_[signature]_
U.S. District Judge/Magistrate Judge